WELSBACH COMPANY, Appellant, *v.* THE NORWICH GAS AND ELECTRIC COMPANY, Respondent.

*Welsbach Co.* v. *Norwich Gas & El. Co.*, 96 App. Div. 52, affirmed.
(Submitted January 9, 1905; decided January 24, 1905.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 6, 1904, upon an order which reversed an order of Special Term overruling a demurrer to the complaint and an interlocutory judgment entered thereon in favor of plaintiff, and sustained such demurrer.

The following questions were certified:

" I. Was the complaint demurrable upon the ground that it appears upon the face thereof that the plaintiff did not have legal capacity to sue ?

" II. Was the complaint demurrable on the ground that facts are not therein stated sufficient to constitute a cause of action ? "

*James P. Hill* and *J. J. Bixby* for appellant.

*C. Tracey Stagg* for respondent.

Judgment affirmed, with costs; both questions certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.